# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELIA SCOTT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:21-cv-01270-AGF |
| ST. LOUIS UNIVERSITY HOSPITAL, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

COME NOW Angelia Scott ("Plaintiff") and SSM-SLUH, Inc. d/b/a SSM Health Saint Louis University Hospital ("SSM-SLUH" or "Defendant," jointly the "Parties"), by and through their undersigned attorneys, and hereby notify the Court that the Parties have reached a settlement in this matter.  The Parties anticipate finalizing the settlement and filing a Stipulation for Dismissal with Prejudice within thirty (30) days, and therefore respectfully request that the Court enter an order vacating all pending deadlines.

Dated: November 9, 2022                             Respectfully submitted,

LAW OFFICE OF MADELINE JOHNSON           GREENSFELDER, HEMKER & GALE, P.C.

By: _____         By:   /s/ Amy L. Blaisdell_____
  Madeline Johnson, MO Bar #57716              Amy L. Blaisdell, MO Bar #51068
  220 Main Street, Suite 201                   Lauren A. Daming, MO Bar #66472
  Platte City, Missouri 64079                  10 S. Broadway, Suite 2000
  Telephone: 816/607-1836                      St. Louis, MO 63102-1747
  Facsimile: 816/817-5507                      Telephone: 314/241-9090
  mmjohnsonlaw@gmail.com                       Facsimile: 314/241-8624
                                               apb@greensfelder.com
  *Attorneys for Plaintiff*                    ldaming@greensfelder.com

                                               *Attorneys for Defendant SSM-SLUH, Inc. doing business as SSM Health Saint Louis University Hospital*

4864-0466-5662, v. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served same via email on:

Madeline Johnson
Law Office of Madeline Johnson
220 Main Street, Suite 201
Platte City, Missouri 64079
mmjohnsonlaw@gmail.com

*Attorneys for Plaintiff*

                                                                /s/ Amy L. Blaisdell