IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELIA SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-01270-AGF |
| ) | |
| ) | |
| ST. LOUIS UNIVERSITY HOSPITAL ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties to the above captioned cause of action and stipulate to dismissal with prejudice of the present matter, with prejudice. Each party shall bear their own costs and attorney fees incurred therein.

Respectfully submitted,


/s/ *Madeline Johnson*  
Mary Madeline Johnson D. Kan No. 77985  
LAW OFFICE OF MADELINE JOHNSON  
220 Main Street, Suite 201  
Platte City, MO 64079  
mmjohnsonlaw@gmail.com  
madeline@lgbtlawkc.com  

ATTORNEY FOR PLAINTIFF

  /s/ *Amy L. Blaisdell*_____  
Amy L. Blaisdell, MO Bar #51068  
Lauren A. Daming, MO Bar #66472  
10 S. Broadway, Suite 2000  
St. Louis, MO 63102-1747  
Telephone: 314/241-9090  
Facsimile: 314/241-8624  
apb@greensfelder.com  
ldaming@greensfelder.com  

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021 a true and correct copy of the foregoing was electronically submitted via the Courts e-filing system, which generated notice of the same to the following counsel of record:

GREENSFELDER

                                                        Amy L. Blaisdell, MO Bar #51068
                                                       Lauren A. Daming, MO Bar #66472
                                                         10 S. Broadway, Suite 2000
                                                         St. Louis, MO 63102-1747
                                                         Telephone: 314/241-9090
                                                         Facsimile: 314/241-8624
                                                         apb@greensfelder.com
                                                         ldaming@greensfelder.com

                                                         ATTORNEYS FOR DEFENDANT

**Certificate**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via email on:

Amy L. Blaisdell, MO Bar #51068
Lauren A. Daming, MO Bar #66472
10 S. Broadway, Suite 2000
St. Louis, MO 63102-1747
Telephone: 314/241-9090
Facsimile: 314/241-8624
apb@greensfelder.com
ldaming@greensfelder.com
*Attorneys for Defendant*

                                                       */S/ Mary Madeline Johnson*
                                                       Mary Madeline Johnson

                                                       ATTORNEY FOR PLAINTIFF